## METROPOLITAN DADE COUNTY v GREEN
### Case No. 88-180 AP
Eleventh Judicial Circuit, Dade County

September 11, 1990

### APPEARANCES OF COUNSEL

**Valerie Levy Rennert, Esquire,** Assistant County Attorney, for appellant.

Callie Green, pro se.

Before NADLER, ESQUIROZ, GREENBAUM, JJ.

### OPINION OF THE COURT

PER CURIAM

We reverse. The appellant's only challenge to the Final Judgment for possession in this removal of tenant action is that in drawing a line through the words "and let writ of possession issue forthwith," the lower court in essence indefinitely stayed the issuance of a writ of possession, or withheld the remedy altogether. We agree that in so doing, the lower court erred.

We therefore reverse only the challenged portion of the lower court's

judgment and remand the case with instructions to issue a writ of possession pursuant to the provisions of section 83.62, Florida Statutes (1989).

REVERSED and REMANDED with instructions.